IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WENDOLYN LEE, #18103194                                                                         PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 5:21-cv-25-KS-JCG

SHERIFF FLOYD BONNER, et al.                                                               DEFENDANTS

ORDER DENYING PLAINTIFF'S MOTION [12] TO AMEND

Before the Court is Plaintiff's Motion to Amend [12] filed on July 28, 2021. On July 27, 2021, a Memorandum Opinion and Order of Dismissal [10] and Final Judgment [11] dismissing this civil action were entered. Because the instant civil action is closed as a result of the dismissal, *see* Order [10] and J. [11], and the Motion [12] cannot be construed in a way that relief is possible, it is properly considered "a meaningless, unauthorized motion." *See United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994) (holding that a motion filed in a closed case is to be considered "a meaningless, unauthorized motion"). The Court therefore is without jurisdictional bases to consider the merits of Plaintiff's Motion [12]. *See Mayberry v. Stephens*, 555 F. App'x 419, 420 (5th Cir. 2014) (citing *Early*, 27 F.3d at 142). Accordingly, it is

ORDERED that Plaintiff's Motion [12] to Amend is denied.

This the   29th   day of July, 2021.

                                                        s/Keith Starrett
                                        UNITED STATES DISTRICT JUDGE